IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------X
UNITED STATES OF AMERICA,                    10 CR 579-01 (SRC)

-against-

STEPHEN P. ARENA,

    *Defendant.*
-------------------------------------------------X

## STIPULATION AND CONSENT ORDER

IT IS HEREBY STIPULATED BY defendant, STEPHEN P. ARENA, through his attorney, Nicholas G. Kaizer, and the Government, by Assistant United States Attorney Anthony Moscato, Jr., that the terms of the September 21, 2011 Appearance Bond entered in the above-captioned matter by the Hon. Esther Salas, U.S.M.J., restricting STEPHEN P. ARENA's pretrial travel to New York and New Jersey are hereby modified to permit his travel by car to Florida between February 12-27, 2010 for purposes of attending a convention related to his employment and to visit family members.

STEPHEN P. ARENA, through counsel, represents and agrees that beginning on February 13, 2011, he will stay with his mother-in-law, Jenny Danza, at the Salem House Condominium (251 172nd Street, Sunny Isles, Fl. 33160) until February 17, 2011, at which time, he will depart and check into the Diplomat Hotel in Hollywood, Florida. Mr. Arena will leave Florida on February 26 and arrive home in New York on February, 27, 2010.

1

Arena will also provide any additional information relative to his planned travel or stay in Florida as may be deemed appropriate by his Pretrial Services Officer.

None of the other terms, conditions or restriction on Mr. Arena's pretrial release are modified by this Stipulation and Order.

Dated: January 19th, 2011

By: _____
Nicholas G. Kaizer, Esq.
Levitt & Kaizer
Attorneys at Law
40 Fulton Street, 23rd Floor
New York, New York 10038-5077
Phone: (212) 480-4000
Fax: (212) 480-4444
Email: nkaizer@landklaw.com
*Attorneys for Stephen P. Arena*

_____
Asst. U.S. Attorney
Anthony Moscato, Jr.
Office of the United States Attorney
District of New Jersey
970 Broad Street, Ste. 700
Newark, NJ 07102

SO ORDERED this 19th day of January, 2011,

_____
STANLEY R. CHESLER
United States District Judge

2