IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------X
UNITED STATES OF AMERICA,                    10 CR 579-01 (SRC)

-against-

STEPHEN P. ARENA,

   *Defendant.*
---------------------------------------------X

### STIPULATION AND CONSENT ORDER

IT IS HEREBY STIPULATED BY defendant, STEPHEN P. ARENA, through his attorney, Nicholas G. Kaizer, and the Government, by Assistant United States Attorney Anthony Moscato, Jr., that the terms of the September 21, 2011 Appearance Bond entered in the above-captioned matter by the Hon. Esther Salas, U.S.M.J., restricting STEPHEN P. ARENA's pretrial travel to New York and New Jersey are hereby modified to permit his travel by car to Florida between May 4 through 14, 2011 for purposes of attending a convention related to his employment.

STEPHEN P. ARENA, through counsel, represents and agrees that beginning on May 4, 2011, he will arrive (accompanied by his wife) at the Trade Winds Resort in St. Pete Beach Florida. His union duties will extend until May 14, when he will return to New York.

Arena will also provide any additional information relative to his planned travel or stay in Florida as may be deemed appropriate by his Pretrial Services Officer.

None of the other terms, conditions or restriction on Mr. Arena's pretrial release are modified by this Stipulation and Order.

Dated: April 1st, 2011

By: _____
Nicholas G. Kaizer, Esq.
Levitt & Kaizer
Attorneys at Law
40 Fulton Street, 23rd Floor
New York, New York 10038-5077
Phone: (212) 480-4000
Fax:   (212) 480-4444
Email: nkaizer@landklaw.com
*Attorneys for Stephen P. Arena*

_____
Asst. U.S. Attorney
Anthony Moscato, Jr.
Office of the United States Attorney
District of New Jersey
970 Broad Street, Ste. 700
Newark, NJ 07102

SO ORDERED this ____ day of April, 2011,

_____
STANLEY R. CHESLER
United States District Judge